# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Dallas Division

HONORABLE: **Irma C. Ramirez** PRESIDING

DEPUTY CLERK: **Lisa Martin**  COURT REPORTER/TAPE NUMBER: **Digital**

LAW CLERK: ___  USPO: ___

INTERPRETER: ___  Date: **July 22, 2011**

---

Cr. No. **3:11-CR-212-N**   DEFT. No. **03**

UNITED STATES OF AMERICA
v.
Defendant's Name: **Jerry Goh**

§ **David Jarvis**, AUSA
§ **Jim Burnham**
§ Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/~~REARRAIGNMENT~~

Time in Court: **2 mins**

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: ___

Hearing Concluded: ☐ Yes  ☐ No

☐ Defendant SWORN.
☒ Arraignment  ☐ Rearraignment - Held on count(s) **1-4**
  of the **4** count(s)  ☒ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint  ☐ Superseding Information
☒ Sentencing Guidelines
☒ Deft enters a plea of  ☒ Not Guilty  ☐ Guilty  ☐ Nolo Contendere
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted  ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set  Date: ___  Time: ___
☐ Trial set for  Date: ___  Time: ___
  Pretrial motions due: ___  Discovery motions/Government Responses due: ___

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.  PSI due: ___  Pre-sentence Referral Form to: ___
☐ Deft Bond  ☐ Set  ☐ reduced to $___  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☒ Bond  ☒ continued  ☐ forfeited
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: **Scheduling order to enter**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 22 2011
CLERK, U.S. DISTRICT COURT
By ___ Deputy