AO 442   (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

Northern District of Texas

U.S. MARSHALS SERVICE
N/TX DALLAS OFFICE
2011 JUL 20 AM 11: 17

UNITED STATES OF AMERICA

V.

JERRY GOH

**WARRANT FOR ARREST**

Case Number: 3:11-CR-212-N (3)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JERRY GOH
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petiton   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her (brief description of offense)

CONSPIRACY TO COMMIT BANK FRAUD; BANK FRAUD, AIDING AND ABETTING; TAMPERING WITH A WITNESS

in violation of Title   18   United States Code, Section(s)   1349 (18:1344); 1344 and 2; 1512(b)(3)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

United States Magistrate Judge Irma Carillo Ramirez

Jul 20, 2011
Date

Dallas, TX
Location

By: s/ M. Wright

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

USMS Dallas Texas (federal courthouse)

| DATE RECEIVED 7/22/11 | NAME AND TITLE OF ARRESTING OFFICER Cynthia M. Roberts Special Agent SBA/OIG | SIGNATURE OF ARRESTING OFFICER Cynthia M. Roberts |
|---|---|---|
| DATE OF ARREST 7/22/11 | | |

2132392